UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,

v.

**JOHN HERBERT STRAND**,

Defendant.

Case No. 21-cr-85 (CRC)

## ORDER

The Court's [ECF No. 154] Order is hereby amended to include the following:

It is hereby

**ORDERED** that Defendant's conditions of release, pursuant to 18 U.S.C. §§ 3142(b)–(c), 1343, be the same as those set forth in the [ECF No. 140] Court's Judgment. The Court may revisit the term of supervised release at resentencing.

**SO ORDERED**.

Date: August 1, 2024

CHRISTOPHER R. COOPER
United States District Judge